IN RE SENATE RESOLUTION RELATING TO SENATE BILL No. 45, AS PASSED AND APPROVED FEBRUARY 20, 1889.

TOWN TRUSTEES — TENURE OF OFFICE.— Where an act provides for the election of a mayor and complete board of trustees at the annual municipal election in 1889 in incorporated towns organized for general purposes, and expressly repeals all inconsistent acts, etc., making no exception in favor of town trustees then filling unexpired terms, such trustees will not be entitled to serve the full terms for which they were elected.

### RESOLUTION.

"Whereas, senate bill No. 45, as amended, has passed both houses of the general assembly, been signed by the governor and become a law; and whereas, doubts have arisen as to the construction of said act, and another bill is now pending in this general assembly, whereby the

seeming contradiction and defect of said act may be corrected if necessary; and whereas, the subject is one of great importance, the annual town elections affected by this act being required to take place within a few weeks, therefore,

Resolved, that the supreme court be respectfully requested to give its opinion as to whether or not under the provisions of said S. B. No. 45, town trustees elected at the annual town elections in April, 1887 and 1888, for terms of three years, will be entitled to serve the term for which they were elected."

PER CURIAM. As the act (senate bill No. 45) provides for the election of mayor and a complete board of trustees at the annual municipal election in 1889 in incorporated towns organized for general purposes, and expressly repeals all acts or parts of acts inconsistent therewith, making no exception in favor of trustees theretofore elected for the term of three years, we answer the question propounded in the negative.